```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KEVIN L. MINTER,

                 Plaintiff,

    -against-

THE COUNTY OF WESTCHESTER et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 7726 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a status conference with the Court on August 20, 2009, the following schedule is established on consent:

1. Plaintiff shall serve and file his amended complaint by September 30, 2009;

2. The parties shall complete all discovery by January 15, 2010;

3. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by February 19, 2010; and

4. A final pre-trial conference shall take place on March 5, 2010 at 11:00 a.m.

Dated: August 20, 2009
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                         U.S.D.J.

-1-

-2-

*Counsel of record:*

Michael R. Scolnick, Esq.
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, NY 10913
*Counsel for Plaintiff*

Matthew Ian Gallagher, Esq.
Westchester County Attorney's Office
148 Martine Avenue, Room 600
White Plains, NY 10601
*Counsel for County of Westchester*

John J. Walsh, II, Esq.
Hodges Walsh & Slater, LLP(Fishkill)
55 Church Street, Suite 211
Fishkill, NY 12524
*Counsel for Village of Ossining and Individual Defendants*